KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
DOMINIC J. MESSIHA, Bar No. 204544
dmessiha@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys For Defendants

JOSEPH FARZAM LAW FIRM
Joseph S. Farzam, Esq. (SBN 210817)
e-mail farzam@lawyer.com
1875 Century Park East, Suite 1345
Los Angeles, California 90067
Telephone No.: 310.226.6890
Fax No.: 310.226.6891

Attorneys for Plaintiffs

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO CASTELLANOS, OSCAR HERNANDEZ, JOSE PINEDA, AND JULIO GUZMAN, individually and on behalf of all others similarly situated and as private attorneys general,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BUILDING MAINTENANCE CO. AND ABM JANITORIAL SERVICES, INC.,<br><br>Defendants. | Case No.  CV 07-2285 (VAP) (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA PHILLIPS<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERICO CASTELLANOS, OSCAR HERNANDEZ, JOSE PINEDA, AND JULIO GUZMAN, individually and on behalf of all others similarly situated and as private attorneys general,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BUILDING MAINTENANCE CO. AND ABM JANITORIAL SERVICES, INC.,<br><br>Defendants. | Case No.  CV 07-2285 (VAP) (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA PHILLIPS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |
|---|---|

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.

# ORDER

AND NOW, THIS 24th DAY OF March, 2010, upon consideration of the Parties' Stipulation to Dismiss, it is ORDERED, ADJUDGED and DECREED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE, each party to bear its/his/her own costs.

**IT IS SO ORDERED.**

_____
THE HONORABLE VIRGINIA A. PHILLIPS,
JUDGE OF THE U.S. DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.